# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LOOP, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE IRVINE COMPANY, LLC; THE RESORT AT PELICAN HILL, LLC; DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. CV12-00849-JAK (PJWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE** JS-6<br><br>Assigned to Judge John A. Kronstadt |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses the above-captioned matter in its entirety.

Pursuant to California Rules of Court, rule 3.770(a), no consideration was paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for dismissing this action without prejudice.

**IT IS SO ORDERED**.

DATED: May 31, 2012

_____
HONORABLE JOHN A. KRONSTADT
United States District Court Judge